[Cite as *Morris v. Ohio Dept. of Rehab. & Corr.*, 2010-Ohio-5692.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

PETER A. MORRIS

    Plaintiff

    v.

OHIO DEPARTMENT OF REHABILITATION AND CORRECTION

    Defendant

      Case No. 2009-05901

Judge Alan C. Travis
Magistrate Matthew C. Rambo

JUDGMENT ENTRY

{¶ 1} On October 12, 2010, the magistrate issued a decision recommending judgment for plaintiff.

{¶ 2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶ 3} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered for plaintiff. The case will be set for trial on the issue of damages.

_____

Case No. 2009-05901                - 2 -                JUDGMENT ENTRY

ALAN C. TRAVIS
Judge

cc:

Amy S. Brown                              Richard F. Swope
Kristin S. Boggs                          6480 East Main Street, Suite 102
Assistant Attorneys General               Reynoldsburg, Ohio 43068
150 East Gay Street, 18th Floor
Columbus, Ohio 43215-3130

MR/cmd
Filed November 1, 2010
To S.C. reporter November 18, 2010